IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATRINA FUHRER, on her own behalf and on behalf of her minor children, G.F. and E.F., <br><br> Plaintiffs, <br><br> v. <br><br> THE HARTFORD LIFE & ACCIDENT INSURANCE COMPANY, <br><br> Defendant. | : <br> : <br> : <br> : <br> :  NO. 2:21-cv-05040 <br> : <br> : <br> : <br> :  **ELECTRONICALLY FILED** <br> : <br> : <br> : |

**DEFENDANT HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY'S MOTION FOR JUDGMENT ON THE PLEADINGS**

For the reasons stated in the accompanying brief, Defendant Hartford Life and Accident Insurance Company through its undersigned counsel, hereby moves this Court for judgment in its favor and against Plaintiff on the pleadings pursuant to Federal Rule of Civil Procedure 12(c).

Respectfully submitted,

Dated: January 31, 2022

*s/ Brian P. Downey*
Brian P. Downey (PA 59891)
Adam R. Martin (PA 321257)
TROUTMAN PEPPER
HAMILTON SANDERS LLP
100 Market Street, Suite 200
P.O. Box 1181
Harrisburg, PA 17108-1181
Phone: (717) 255-1155
Fax:    (717) 238-0575
Email: brian.downey@troutman.com
adam.martin@troutman.com
*Attorneys for Defendant*
*Hartford Life and Accident Insurance Company*

## **CERTIFICATE OF SERVICE**

    I, Brian P. Downey, hereby certify that on January 31, 2022, a true and correct copy of the foregoing Motion for Judgment on the Pleadings was filed and served through the Court's ECF on the following registered user:

>Mark W. Boczar, Esquire
>Life Legal Services, LLC
>3390 Chichester Ave, # 1961
>Boothwyn, PA  19061
>mark@lifelegalservices.com
>*Attorney for Plaintiffs*

             */s Brian P. Downey*
             Brian P. Downey