IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KATRINA FUHRER,**<br><br>*Plaintiff*<br><br>v.<br><br>**THE HARTFORD LIFE & ACCIDENT INSURANCE COMPANY,**<br><br>*Defendant* | **Case No. 2:21-cv-05040-JDW** |

## ORDER

**AND NOW**, this 31st day of March, 2022, upon consideration of Plaintiff Katrina Fuhrer's Motion For Relief From A Final Judgment Under Federal Rule Of Civil Procedure 60(b) (ECF No. 10), it **ORDERED** that, for the reasons stated in the accompanying Memorandum, the Motion is **GRANTED**. The Order Granting Defendant's Motion For Judgment On The Pleadings (ECF No. 9) is **VACATED**.

It is **FURTHER ORDERED** that on or before April 7, 2022, Ms. Fuhrer may file a response to The Hartford Life & Accident Insurance Company's Motion For Judgment On The Pleadings (ECF No. 8).

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.