**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **KATRINA FUHRER,** | **Case No. 2:21-cv-05040-JDW** |
| *Plaintiff* | |
| v. | |
| **THE HARTFORD LIFE & ACCIDENT INSURANCE COMPANY,** | |
| *Defendant* | |

## <u>ORDER</u>

**AND NOW**, this 20th day of April, 2022, upon consideration of Defendant Hartford Life And Accident Insurance Company's Motion For Judgment On The Pleadings (ECF No. 8), for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Motion is **GRANTED**. Judgment is **ENTERED** in favor of Defendant The Hartford Life & Accident Insurance Company and against Plaintiff Katrina Fuhrer pursuant to Federal Rule of Civil Procedure 12(c). The Clerk of Court shall mark this case closed for statistical purposes.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.